


**FILED**
JAMES J. VILT, JR. - CLERK
OCT 11 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**U.S. Department of Justice**
Federal Bureau of Prisons
Metropolitan Correctional Center
71 W. Van Buren Street
Chicago, Illinois 60605

*Office of the Warden*                                October 2, 2024

The Honorable David J. Hale
United States District Judge
Gene Snyder United States Courthouse
601 West Broadway, Room 239
Louisville, KY 40202-2227

RE:      Name:         Farmer, Edward D.
         Docket No:    3:24-cr-00065-DJH-1
         Reg. No.:     13971-511

Your Honor,

This is in response to your court order dated August 17, 2024, finding Mr. Farmer not competent to proceed to trial for the above referenced case. He was committed to the custody of the Attorney General for treatment and evaluation pursuant to Title 18, United States Code, Section 4241(d). He was designated to the Metropolitan Correctional Center (MCC) Chicago, Illinois, on September 18, 2024, and he arrived at the institution on September 30, 2024.

The statute allows our psychology staff 120 days to complete the evaluation. The time period for the evaluation commenced upon Mr. Farmer's arrival to MCC Chicago. It is anticipated that the evaluation will be completed by January 28, 2024, and the report will be routed to the clerk by February 25, 2025.

If you should have any questions regarding the evaluation, please contact Dr. Nicole Osborn at (312) 322-0567, Ext. 1163. For any other questions, please contact me at (312) 322-0567, Ext. 1500.

Sincerely,

D. Baysore
Warden

U.S. Department of Justice
Federal Bureau of Prisons
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605
Official Business

Psych - N. Osborn

RECEIVED
JAMES J. VILT, JR. - CLERK
OCT 10 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

S SUBURBAN IL 604
7 OCT 2024 PM 3 L
FIRST-CLASS

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PITNEY BOWES
ZIP 60605
02 7H
0005951588
US POSTAGE
$ 000.690
OCT 07 2024

The Honorable David J. Hale
United States District Judge
Gene Snyder United States Courthouse
601 W. Broadway, Rm 239
Louisville, KY 40202-2227

4020N2298 0075

FILED
JAMES J. VILT, JR. - CLERK
OCT 11 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY